## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     |
JHAREL FERRIERA                        |        CIVIL ACTION NO.:
        Plaintiff                      |
                                       |
VS.                                    |        JURY TRIAL REQUESTED
                                       |
KLIMAS ENTERPRISES, INC.               |        SEPTEMBER 10, 2020
        Defendant                      |
                                       |
-----------------------------------------------------x
```

## COMPLAINT

**I.   INTRODUCTION:**

1.      This is an action to redress discrimination and wrongful termination of employment on the basis of race in violation of Title VII of the Civil Rights Act of 1964, 42 USC § 2000e, *et seq*. ("Title VII"), and 42 USC § 1981.

**II.   PARTIES AND JURISDICTION:**

2.      The Plaintiff, Jharel Ferriera, is a resident of Northford, Connecticut.

3.      Plaintiff is black.

4.      The Defendant, Klimas Enterprises, Inc., is a corporation organized under the laws of the State of Connecticut..

5.      The Defendant operates the Middletown Toyota automotive dealership located at 634 Newfield Street, Middletown, Connecticut.

6.      Plaintiff filed a timely administrative complaint with the Equal Employment Opportunities Commission, and received a Right to Sue Letter dated September 2, 2020. This action is brought within ninety (90) days of receipt of the Right to Sue letter, which is attached

hereto as <u>Exhibit A</u>. As such, Plaintiff has exhausted his administrative remedies and this Action is timely.

7.      This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, as the case arises under federal law, namely Title VII of the Civil Rights Act of 1964, 42 USC § 2000e, et seq. ("Title VII"), and 42 USC § 1981.

## III.    FACTUAL ALLEGATIONS:

8.      Plaintiff began working for the Defendant on or about June 13, 2019 in the position of Finance Manager.

9.      Plaintiff was the only black employee in the Defendant's finance department.

10.     Throughout Plaintiff's employment, Plaintiff was treated as an outsider by his non-black co-workers and was not treated fairly by the Defendant on account of his race.

11.     For example, when the Plaintiff was hired, the Plaintiff was not given any training by the Defendant and simply told that he was expected to meet certain performance goals within the first 90 days of his employment.

12.     Similarly situated white employees, in contrast, were provided with training and were given a longer time period to reach performance goals.

13.     Despite the complete lack of training, Plaintiff excelled in his position and met all of his 90-day performance goals within the first 30 days of his employment.

14.     Despite Plaintiff having met all of the goals Defendant had set for him, Defendant terminated the Plaintiff without any explanation whatsoever.

15.     Similarly situated white employees who did not meet their goals after much longer periods of time, in contrast, were not terminated and were afforded the benefit of additional training and / or the guidance of a performance improvement plan.

2

**FIRST COUNT:**          **Racial Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42 USC § 2000e,** *et seq.*

1.      The Plaintiff repeats and re-alleges Paragraphs 1 through 15 above as Paragraphs 1 through 15 of this First Count as if fully set forth herein.

16.      The Defendant, through the foregoing conduct, discriminated against the Plaintiff and terminated Plaintiff's employment because of his race, in violation of Title VII.

17.      As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered, and will suffer, monetary damages, including but not limited to lost wages and fringe benefits.

18.      As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered emotional distress.

19.      As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has incurred, or will incur, attorney's fees and costs.

**SECOND COUNT:**          **Racial Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42 USC § 1983**

1.      The Plaintiff repeats and re-alleges Paragraphs 1 through 15 above as Paragraphs 1 through 15 of this Second Count as if fully set forth herein.

16.      The Defendant, through the foregoing conduct, discriminated against the Plaintiff and terminated Plaintiff's employment because of his race, in violation of 42 USC § 1983.

17.      As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered, and will suffer, monetary damages, including but not limited to lost wages and fringe benefits.

18.      As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered emotional distress.

19.     As a further result of the foregoing unlawful conduct of the Defendant, the
Plaintiff has incurred, or will incur, attorney's fees and costs.

**WHEREFORE,** the Plaintiff hereby requests a <u>jury trial</u> on all issues so triable and prays for the following relief:

1.      Money damages;

2.      Reinstatement or front pay;

3.      Punitive damages;

4.      Reasonable attorney's fees and costs, and;

5.      Such other relief as is allowable at law or equity.

THE PLAINTIFF,
JHAREL FERRERA

By: _____
Michael J. Reilly (ct28651)
CICCHIELLO & CICCHIELLO LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Email: mreilly@cicchielloesq.com

5

**EXHIBIT A**

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Jharel Ferriera<br>c/o: Michael J. Reilly, Esq.<br>Cicchiello & Cicchiello, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>15 New Sudbury Street, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16A-2020-00524 | Amon L. Kinsey, Jr.,<br>Supervisory Investigator | (617) 565-3189 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Amon Kinsey
Digitally signed by Amon Kinsey
DN: cn=Amon Kinsey, o=EEOC, ou=Boston Area Office,
email=amon.kinsey@eeoc.gov, c=US
Date: 2020.09.02 17:44:57 -04'00'

for        September 2, 2020

Enclosures(s)                          **Feng K. An,**                            (Date Mailed)
**Area Office Director**

cc:

| KLIMAS ENTERPRISES INC<br>634 Newfield Street<br>Middletown, CT 06457 | Michael J. Reilly, Esq.<br>Cicchiello & Cicchiello, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114 |
|---|---|