### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JHAREL FERRIERA ) | |
| ) | 3:20-cv-01358-JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KLIMAS ENTERPRISES, INC. ) | |
| ) | |
| Defendant. ) | AUGUST 13, 2021 |

### RULE 41 STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties through their respective counsel hereby stipulate to a dismissal with prejudice and waiving costs in this matter, based on the agreement of the parties.

                                              THE DEFENDANT,
                                              KLIMAS ENTERPRISES, INC.,

                                              By __/s/Kevin J. Greene_____
                                                 Kevin J. Greene of
                                                 HALLORAN & SAGE LLP
                                                 One Goodwin Square
                                                 225 Asylum Street
                                                 Hartford, CT 06103
                                                 Federal Bar #: ct16742
                                                 Phone:    860-297-4670
                                                 Fax:      860-548-0006
                                                 greene@halloransage.com
                                                 Its Attorneys

Halloran & Sage LLP
225 Asylum Street,
Hartford, CT 06103



Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

## **CERTIFICATION**

      I hereby certify that a copy of the above was mailed or electronically delivered on August 13, 2021 to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served.

Michael Reilly, Esq.
Cicchiello & Cichiello
364 Franklin Avenue
Hartford, CT 06114
mreilly@cichielloesq.com

                                                          /s/Kevin J. Greene
                                                          Kevin J. Greene

7153548v.1
Halloran & Sage LLP
225 Asylum Street,
Hartford, CT 06103


HALLORAN SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105